# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL
**BEFORE:** TONY N. LEUNG
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Ali Osman Egal,

    Defendant.

| | |
|---|---|
| Case No: | 21-mj-79 TNL |
| Date: | January 27, 2021 |
| Video Conference | |
| Time Commenced: | 1:51 p.m. |
| Time Concluded: | 1:58 p.m. |
| Time in Court: | 7 minutes |

APPEARANCES:

    Plaintiff: Miranda Dugi, Assistant U.S. Attorney
    Defendant: Lisa Lopez, Assistant Federal Public Defender
        X  FPD

on Violation of  X Supervised Release
X Date charges or violation filed: 12/24/2020
X Current Offense: failure to report to the probation office as directed by U.S. Immigration Customs Enforcement
X **Charges from other District:** Southern District of Florida
X Title and Code of underlying offense from other District: 18:111(a)(1)- forcibly assaulting a federal officer
X Case no: 1:18-cr-20416 FAM

Initial appearance CONTINUED to February 1, 2021 at 1:00 p.m. via video conference before U.S. Magistrate Judge Katherine M. Menendez.

Additional Information:
Defendant did not appear.

                                                s/SAE
                                    Signature of Courtroom Deputy